ANDREWS v. CRUMP

No. 376P01

Case below: 144 N.C. App. 68

Petition by defendants (Crump & Hughes) for discretionary review pursuant to G.S. 7A-31 denied 4 October 2001.

BERMAN v. PINCISS

No. 349P01

Case below: 143 N.C. App. 715

Motion by defendant to dismiss appeal for lack of substantial constitutional question allowed 4 October 2001. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 4 October 2001.

CHEEK v. SUTTON

No. 364P01

Case below: 142 N.C. App. 706

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 25 September 2001.

CITY OF NEW BERN v. CARTERET-CRAVEN ELEC. MEMBERSHIP CORP.

No. 450PA01

Case below: 145 N.C. App. 140

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 4 October 2001.

DAWSON v. ATLANTA DESIGN ASSOCS.

No. 446P01

Case below: 144 N.C. App. 716

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 4 October 2001.